■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NANCY GARCIA, Appellant. [9 NYS3d 868]—Judgment, Supreme Court, New York County (Patricia Nunez, J.), rendered January 16, 2014, convicting defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing her, as a second felony drug offender, to a term of four years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Tom, J.P., Sweeny, Moskowitz, DeGrasse and Richter, JJ.